# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Schuylkill Railcar, Inc | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02477-RNO | Account Number: | #793;#777;#785;#801 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | October 1, 2016 - December 31, 2016 | | |

Beginning Cash Balance $ 38,343.11

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | 0.00 |
| Collection of revenues for all companies | 50,379.69 |
| Collection of Accounts Receivable: | 147,623.33 |
| Collection of Management Fees: | 35,860.53 |
| Proceeds from Litigation (settlement or otherwise): | 0.00 |
| Sale of Debtor's Assets: | 0.00 |
| Capital Infusion pursuant to the Plan: | 0.00 |
| Transfers from other checking account | |
| Account: 2843990793 | 25,710.00 |
| 2843990777 | 58,223.07 |
| 2843990785 | 3,687.48 |
| 2843990801 | 0.00 |

Total of cash received: $ 359,827.21

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of professionals | 0.00 |
| Transfer of revenues to all companies | 24,220.00 |
| All other disbursements made in the ordinary course | 226,935.13 |
| Transfers to other checking account | |
| Account: 2843990793 | 0.00 |
| 2843990777 | 25,710.00 |
| 2843990785 | 265.63 |
| 2843990801 | 61,644.92 |
| Total Disbursements | 338,775.68 |

Ending Cash Balance $ 21,051.53

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 3/8/2017

Name: [signature]

Title: Plan Administrator