# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| SCHUYLKILL RAIL CAR, INC. | : | |
| | : | CASE NO. 14-bk-02477-RNO |
| Debtor | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Henry W. Van Eck, Esquire as counsel **First National Bank, as successor to The Legacy Bank, a National Bank**, creditor to the Debtor, in the above-captioned matter.

Respectfully submitted,

METTE, EVANS & WOODSIDE

Date: March 31, 2017        By: */S/ Henry W. Van Eck*
   Henry W. Van Eck, Esquire
   3401 N. Front Street
   Harrisburg, PA 17110
   Telephone: (717) 232-5000

1