IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

SCHUYLKILL RAIL CAR, INC. : BANKRUPTCY NO. 14-02477

: CHAPTER 11

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Eric L. Brossman, Esquire, as counsel to Schuylkill Rail Car, Inc., a party in interest, in the above-captioned matter.

SAUL EWING LLP

By____Eric L. Brossman /s/_____
Eric L. Brossman, Esquire
2 North 2nd Street, 7th Floor
Harrisburg, PA 17101-1604
717.257.7570
email: ebrossman@saul.com

Attorneys for Neil Gilmour, Plan Administrator

Dated: April 20, 2017

249702.1 04/20/2017