IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SCHUYLKILL RAIL CAR, INC., | ) | Case No.: 1:14-bk-02477-RNO |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| | ) | |
| GILMOUR CONSULTING LLC, PLAN ADMINISTRATOR, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, AMERICAN EAGLE PAPER MILLS, ALLEGHENY VALLEY RAILROAD COMPANY, BUFFALO AND PITTSBURGH RAILROAD, CAMP CHASE INDUSTRIAL RAILROAD CORP., CANDO RAIL SERVICES, LTD., EDWARDS AND ROSE COTTONSEED, L.P. D/B/A CAPE AND SON, CATERPARROTT RAILNET, CENTRAL MAINE AND QUEBEC US RAILWAY, INC., COMBINED METAL INDUSTRIES INC., CSX TRANSPORTATION INC., CANTON RAILROAD CO., DELAWARE-LACKAWANNA RAILROAD CO., INC., DEPEW, LANCASTER AND WESTERN RAILROAD CO., INC., HAPPY VALLEY BLENDING LLC, FINGER LAKES RAILWAY CORP., HOUSATONIC RAILROAD CO., INC., INTERSTATE COMMODITIES, INC., INTERSTATE INDUSTRIAL SANDS, LLC, JUNIATA VALLEY RAILROAD, KOPPERS, INC., LYCOMING VALLEY RAILROAD, MITTAL STEEL USA – RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

CORPORATION, HOOSIER
MAGNETICS, INC., OWEGO AND
HARTFORD RAILWAY, INC., POTTERS
INDUSTRIES LLC, RAILWORKS
MAINTENANCE OF WAY, INC., REIST
POPCORN CO., DEL MONTE FOODS,
INC., SAGER CREEK FOODS, INC.,
STEELTON AND HIGHSPIRE
RAILROAD CO., THE J.M. SMUCKER
CO., YOUNGSTOWN AND
SOUTHEASTERN RAILROAD,
LEESPORT BANK, VIST BANK,
TOMPKINS VIST BANK, LAWRENCE V.
YOUNG, ESQ., CGA LAW FIRM, ALEX
EVERHART, ROBERT L. KNUPP,
ESQUIRE, INTERNAL REVENUE
SERVICE, PENNSYLVANIA
DEPARTMENT OF REVENUE

   Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

IN RE:

D&D RAILCAR, INC.,

   Debtor in Possession.

GILMOUR CONSULTING LLC, PLAN
ADMINISTRATOR,

   Movant,

vs.

FIRST NATIONAL BANK OF
PENNSYLVANIA, AMERICAN EAGLE
PAPER MILLS, ALLEGHENY VALLEY
RAILROAD COMPANY, BUFFALO AND
PITTSBURGH RAILROAD, CAMP CHASE
INDUSTRIAL RAILROAD CORP., CANDO
RAIL SERVICES, LTD., EDWARDS AND
ROSE COTTONSEED, L.P. D/B/A CAPE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 11

Case No.:  1:14-bk-02478-RNO

AND SON, CATERPARROTT RAILNET,            )
CENTRAL MAINE AND QUEBEC US               )
RAILWAY, INC., COMBINED METAL             )
INDUSTRIES INC., CSX                      )
TRANSPORTATION INC., CANTON               )
RAILROAD CO., DELAWARE-                    )
LACKAWANNA RAILROAD CO., INC.,            )
DEPEW, LANCASTER AND WESTERN              )
RAILROAD CO., INC., HAPPY VALLEY          )
BLENDING LLC, FINGER LAKES                )
RAILWAY CORP., HOUSATONIC                 )
RAILROAD CO., INC., INTERSTATE            )
COMMODITIES, INC., INTERSTATE             )
INDUSTRIAL SANDS, LLC, JUNIATA            )
VALLEY RAILROAD, KOPPERS, INC.,           )
LYCOMING VALLEY RAILROAD,                 )
MITTAL STEEL USA – RAILWAYS, INC.,        )
NITTANY AND BALD EAGLE                    )
RAILROAD, NORFOLK SOUTHERN                )
CORPORATION, HOOSIER MAGNETICS,           )
INC., OWEGO AND HARTFORD                  )
RAILWAY, INC., POTTERS INDUSTRIES         )
LLC, RAILWORKS MAINTENANCE OF             )
WAY, INC., REIST POPCORN CO., DEL         )
MONTE FOODS, INC., SAGER CREEK            )
FOODS, INC., STEELTON AND                 )
HIGHSPIRE RAILROAD CO., THE J.M.          )
SMUCKER CO., YOUNGSTOWN AND               )
SOUTHEASTERN RAILROAD, LEESPORT           )
BANK, VIST BANK, TOMPKINS VIST            )
BANK, LAWRENCE V. YOUNG, ESQ.,            )
CGA LAW FIRM, ALEX EVERHART,              )
ROBERT L. KNUPP, ESQUIRE, INTERNAL        )
REVENUE SERVICE, PENNSYLVANIA             )
DEPARTMENT OF REVENUE                     )
                                          )
                                          )
                    Respondents.          )


## AMENDED NOTICE WITH EXHIBITS "A" AND "B" TO CREDITORS AND OTHER PARTIES IN INTEREST OF MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on June 6, 2017 the United States Bankruptcy Court for the Middle District of Pennsylvania (the "Court") entered an Order setting an objection deadline of June 20, 2017 and scheduling a hearing for June 29, 2017 on the Chapter 11 Plan Administrator's Joint Motion requesting approval for the auction of rail cars and rail car leases owned by Schuylkill Rail Car, Inc. ("Schuylkill") and D & D Railcar, Inc. ("D & D"), respectively, free and clear of all liens, claims, interests and encumbrances in the Chapter 11 cases *In re Schuylkill Rail Car, Inc.*, **Case No.: 1:14-bk-02477-RNO and** *In re D & D Railcar, Inc.*, **Case No.: 1:14-bk-02478-RNO.** Schuylkill and D&D are located at 3 Hockersville Road, Hershey, PA 17033, and 1058 Pennsylvania Avenue, Hershey, PA 17111, respectively.

A list of the rail cars subject to the auction is attached hereto at **Attachment "A" ("Rail Cars")**. A list of the rail car leases subject to the auction is attached hereto at **Attachment "B" ("Rail Car Leases")**.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator, Gilmour Consulting LLC, has entered into an Exclusive Brokerage/Online Auction Listing Contract under which the Rail Cars and Rail Car Leases are to be auctioned online at the highest and best offers received. The Auctioneer is Missouri Rail Group, LLC d/b/a Ozark Mountain Railcar, located in Kirbyville, MO, which will work in conjunction with Comly Auctioneers and Appraisers located at 1825 E. Boston St., Philadelphia, PA 19125. Any interested party can inquire about the auction by reviewing the information on the auction web site www.ozarkmountainrailcar.com or by contacting Mr. John Suscheck at sales@ozarkmountainrailcar.com or 417-336-2401.

**The online auction will take place during a three (3) day bidding period that will begin on July 18, 2017 at 8:00 a.m. CST and ending on July 20, 2017 at 5:00 p.m. CST, on the Auctioneer's auction website www.ozarkmountainrailcar.com.** The Rail Cars will be subject to certain "Reserve" prices which must be met or exceeded during bidding for them to be sold.

The Rail Cars and associated Rail Car Leases will be sold free and clear of all liens and/or encumbrances (judicial, statutory and consensual), security interests, claims, charges and interests, if any, for which notice has been served, and all of which shall be divested from the Rail Cars and Rail Car Leases and attach to the auction sale proceeds, in the order of their priority.

The Rail Cars and associated Rail Car Leases will be sold in "AS IS", "WHERE IS" condition, without representations or warranties of any kind whatsoever. The proceeds of the sale will be distributed in accordance with Schuylkill's Third Amended Plan of Reorganization and D & D's Second Amended Plan of Reorganization.

Because the Rail Cars are in service, it may not be practical for bidders to physically examine them, but potential bidders can contact Mr. John Suscheck at sales@ozarkmountainrailcar.com or 417-336-2401 about that possibility. Inquiries regarding this proposed sale should be directed to the Plan Administrator by contacting Mr. Neil Gilmour at neil@gilmour-consulting.com, and **not** directed to the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, unless a written objection ("Objection") is filed with the Court by **June 20, 2017**, the Rail Cars and Rail Car Leases

will be auctioned free and clear of all liens, claims, encumbrances pursuant to, among other provisions, section 363 of title 11 of the United States Code and (ii) the executory contracts listed on Attachment B attached hereto will be assumed, assumed and assigned or rejected, as applicable, pursuant to section 365 of title 11 of the United States Code.

<u>Dated</u>:   June 6, 2017

Eric L. Brossman
Saul Ewing, LLP
Attorneys for Chapter 11 Plan Administrator
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA 17101
717.257.7570

**5438 Cubic Foot Box Car Roster**

| |
|---|
| LBR 4214 |
| LBR 4252 |
| SKRX 4255 |
| SKRX 9244 |
| SKRX 9245 |
| SKRX 9254 |
| SKRX 9255 |
| SKRX 9261 |
| SKRX 9273 |
| LBR 4243 |
| LBR 4280 |
| WCOR 4900 |
| WCOR 4928 |
| WCOR 4935 |
| WCOR 4937 |
| LBR 6728 |

**EXHIBIT "A"**

to Motion to Sell

2194 Cu Capacity Mill Gondola LEASED Roster

| | |
|------|-----|
| YARR | 100 |
| YARR | 101 |
| YARR | 102 |
| YARR | 103 |
| YARR | 104 |
| YARR | 106 |
| YARR | 107 |
| YARR | 111 |
| YARR | 112 |
| YARR | 113 |
| YARR | 114 |
| YARR | 115 |
| YARR | 116 |
| YARR | 118 |
| YARR | 119 |
| YARR | 120 |
| YARR | 121 |
| LBR  | 133 |
| YARR | 134 |
| YARR | 140 |
| YARR | 141 |
| YARR | 142 |
| YARR | 143 |
| YARR | 144 |
| YARR | 145 |
| YARR | 146 |
| YARR | 147 |
| YARR | 148 |
| YARR | 151 |
| YARR | 153 |
| YARR | 158 |
| YARR | 159 |
| YARR | 209 |
| YARR | 210 |
| YARR | 211 |
| YARR | 212 |
| YARR | 213 |
| YARR | 214 |
| YARR | 215 |
| YARR | 216 |
| YARR | 217 |
| YARR | 218 |
| YARR | 219 |

| | |
|------|------|
| YARR | 220 |
| YARR | 221 |
| YARR | 222 |
| YARR | 223 |
| YARR | 224 |
| YARR | 225 |
| YARR | 226 |
| YARR | 227 |
| YARR | 228 |
| YARR | 229 |
| YARR | 230 |
| YARR | 231 |
| LBR | 3300 |
| LBR | 3301 |
| LBR | 3302 |
| LBR | 3303 |
| LBR | 3304 |
| LBR | 3305 |
| LBR | 3306 |

89 Foot Flat Car LEASED Flat Car Roster

| LBR | 12005 |
| --- | --- |
| LBR | 12006 |
| LBR | 12007 |
| LBR | 12008 |
| LBR | 12009 |
| LBR | 12011 |
| LBR | 12012 |
| LBR | 12013 |
| LBR | 12014 |
| LBR | 12015 |
| LBR | 12016 |
| LBR | 12017 |
| LBR | 12018 |
| LBR | 12019 |
| LBR | 12020 |
| LBR | 12021 |
| LBR | 12022 |
| LBR | 14013 |
| LBR | 14014 |
| LBR | 14015 |
| LBR | 14016 |
| LBR | 14017 |
| LBR | 14018 |
| LBR | 14019 |
| LBR | 14020 |
| LBR | 14021 |
| LBR | 14022 |
| LBR | 14023 |
| LBR | 14024 |
| LBR | 14025 |
| LBR | 14026 |
| LBR | 14027 |
| LBR | 14028 |

4155 Cubic Capacity Gondola Cars LEASED Roster

| | |
|---|---|
| LBR | 2000 |
| LBR | 7046 |

DLWR 7008

4000 Cubic Capacity Gondola Cars LEASED Roster

| | |
|------|------|
| SKRX | 2223 |
| SKRX | 2226 |
| SKRX | 7017 |
| SKRX | 2217 |
| SKRX | 2218 |
| SKRX | 7011 |
| SKRX | 7048 |
| SKRX | 7052 |

**5277 Cubic Capacity Box Cars LEASED Roster**

| CMQ | 4300 |
|-----|------|
| CMQ | 4303 |
| CMQ | 4304 |
| CMQ | 4305 |
| CMQ | 4306 |
| CMQ | 4310 |
| CMQ | 4311 |
| CMQ | 4318 |
| CMQ | 4319 |
| CMQ | 4320 |
| CMQ | 4321 |
| CMQ | 4322 |
| CMQ | 4323 |
| CMQ | 4324 |
| CMQ | 4325 |
| CMQ | 4326 |
| CMQ | 4327 |
| CMQ | 4328 |
| CMQ | 4329 |
| CMQ | 4330 |
| CMQ | 4331 |
| CMQ | 4332 |
| CMQ | 4333 |
| CMQ | 4334 |
| CMQ | 4335 |
| CMQ | 4336 |
| CMQ | 4337 |
| CMQ | 4338 |
| CMQ | 4400 |
| CMQ | 4401 |
| CMQ | 4301 |

6500 Cubic Foot Wood Chip Hopper Car Roster

| | |
|------|-------|
| SKRX | 32001 |
| SKRX | 32002 |

5277 Cubic Foot Capacity Box Car Roster

| | |
|------|------|
| LBR  | 4301 |
| LBR  | 4800 |
| LBR  | 4808 |
| LBR  | 4831 |
| LBR  | 4835 |
| WCOR | 4936 |
| WCOR | 4939 |
| WCOR | 4940 |
| WCOR | 4941 |
| WCOR | 9857 |

5077 Cu Capacity Box Car Roster

| |
|---|
| YARR 9698 |
| YARR 9839 |
| YARR 9635 |
| YARR 9691 |
| YARR 9693 |
| YARR 9815 |
| YARR 9876 |
| YARR 9878 |
| YARR 9875 |
| YARR 9673 |
| LBR 9842 |
| WCOR 9844 |
| WCOR 9845 |
| WCOR 9846 |
| WCOR 9847 |
| WCOR 9864 |
| YARR 9879 |
| YARR 9619 |
| YARR 9631 |
| WCOR 9831 |
| WCOR 9870 |
| YARR 9656 |

LBR 4821

LBR 4804

LBR 4818

LBR 4825

LBR 4828

LBR 4832

LBR 4834

LBR 4803

LBR 4810

LBR 4811

LBR 4812

LBR 4813

LBR 4814

LBR 4817

LBR 4819

LBR 4961

YARR 4801

YARR 4805

**4012 Cubic Foot Capacity Gondola Roster**

| |
|---|
| NSHR 2000 |
| LBR 2204 |
| NSHR 2207 |
| SKRX 2212 |
| NSHR 2214 |
| NSHR 2216 |
| LBR 7053 |
| NSHR 2220 |
| NSHR 2222 |
| DLWR 7004 |
| DLWR 7007 |
| LBR 7010 |
| LBR 7012 |
| DLWR 7014 |
| DLWR 7022 |
| DLWR 7026 |
| LBR 7060 |
| LBR 7037 |
| LBR 7040 |
| LBR 7042 |
| LBR 7044 |
| LBR 7045 |
| LBR 7051 |
| LBR 7101 |

Mill Gondola Roster

| |
|---|
| SKRX 65000 |
| SKRX 65001 |
| SKRX 65002 |
| SKRX 65003 |
| SKRX 65004 |
| SKRX 65005 |
| SKRX 65006 |
| YARR 65007 |
| YARR 65008 |
| YARR 65009 |
| YARR 65010 |

## Covered Hoppers 4650 and 4750

SKRX 55003
SKRX 50013
SKRX 50017
SKRX 55000
SKRX 55001
SKRX 55002
SKRX 55007
SKRX 180000
SKRX 180001
SKRX 180002
SKRX 180003
SKRX 180004
SKRX 180005
SKRX 180006
SKRX 180008
SKRX 180009
SKRX 180010
SKRX 180011
SKRX 180012
SKRX 180013
SKRX 180014
SKRX 180015
SKRX 180016
SKRX 180017
SKRX 180019
SKRX 180020
SKRX 180021
SKRX 180022
SKRX 180023
SKRX 180024
SKRX 180025
SKRX 50000
SKRX 50002
SKRX 50004
SKRX 50007
SKRX 50009
SKRX 50011
SKRX 50012
SKRX 50015
SKRX 50016
SKRX 50022
SKRX 50023
SKRX 50034
SKRX 55006
SKRX 180018
SKRX 180026
LBR 50024
SKRX 50003
SKRX 50005
SKRX 50014
SKRX 50025

SKRX 50014

SKRX 50025

100 Ton Flat Car Roster

**100 ton flats**
SKRX 14005
SKRX 14006
SKRX 14007
SKRX 14008
YARR 15000
YARR 15001
YARR 15002
YARR 15003

5438 Cu Ft Box Car Roster

      WCOR 5501
      WCOR 6500
      WCOR 6600
      WCOR 6601
      WCOR 6602
      WCOR 6504
      SKRX 6540
      SKRX 6546
      SKRX 6553
      SKRX 6556

LBR 4824

WCOR 5017

WCOR 5016

SKRX 5061

SKRX 5072

SKRX 5512

LBR 5544

WCOR 4938

YARR 2100

LBR 5042

| 3420-3850 Cu Ft Open Top Hopper Roster | |
|---|---|
| LBR | 6005 |
| LBR | 6009 |
| LBR | 6013 |
| LBR | 6014 |
| LBR | 6015 |
| LBR | 6016 |
| LBR | 6017 |
| LBR | 6018 |
| LBR | 6020 |
| LBR | 20000 |
| LBR | 20001 |
| LBR | 20002 |
| LBR | 20004 |
| LBR | 20008 |
| LBR | 20014 |
| LBR | 20016 |
| LBR | 20021 |
| LBR | 20023 |
| LBR | 20029 |
| LBR | 20032 |
| LBR | 20037 |
| LBR | 20039 |
| LBR | 20040 |
| LBR | 20041 |
| LBR | 20043 |
| LBR | 20049 |
| LBR | 20054 |
| LBR | 20056 |
| YARR | 50392 |
| LBR | 50467 |
| LBR | 296416 |
| LBR | 296482 |
| LBR | 50555 |
| LBR | 296436 |
| LBR | 296485 |
| LBR | 296488 |
| LBR | 50314 |
| LBR | 50407 |
| LBR | 50506 |
| LBR | 6022 |

| | |
|-----|--------|
| LBR | 50422 |
| LBR | 50520 |
| LBR | 50525 |
| LBR | 50559 |
| LBR | 6011 |
| LBR | 20012 |
| LBR | 20017 |
| LBR | 20025 |
| LBR | 20055 |
| LBR | 50524 |
| LBR | 20013 |
| LBR | 20020 |
| LBR | 20057 |
| LBR | 6002 |
| LBR | 6012 |
| LBR | 6021 |
| YARR | 16000 |
| LBR | 20047 |
| LBR | 20048 |
| LBR | 50397 |
| LBR | 50423 |
| LBR | 296446 |
| LBR | 6003 |
| LBR | 6008 |
| LBR | 20006 |
| LBR | 20010 |
| LBR | 20022 |
| LBR | 20030 |
| LBR | 20046 |
| LBR | 50024 |
| LBR | 50420 |
| LBR | 50558 |
| YARR | 81039 |
| LBR | 296463 |
| LBR | 296465 |
| LBR | 296486 |
| LBR | 296495 |
| LBR | 20005 |
| LBR | 296418 |
| LBR | 296487 |
| LBR | 50264 |
| LBR | 50528 |
| LBR | 50533 |

| | |
|------|--------|
| LBR | 50548 |
| LBR | 50551 |
| LBR | 50565 |
| LBR | 50570 |
| LBR | 50571 |
| LBR | 50572 |
| LBR | 6004 |
| LBR | 6007 |
| LBR | 20018 |
| LBR | 20034 |
| SKRX | 50283 |
| SKRX | 50315 |
| SKRX | 50349 |
| SKRX | 50365 |
| SKRX | 50394 |
| SKRX | 50410 |
| SKRX | 50446 |
| SKRX | 50458 |
| SKRX | 50508 |
| SKRX | 50513 |
| SKRX | 50526 |
| SKRX | 50538 |
| SKRX | 50556 |
| SKRX | 50568 |
| SKRX | 80829 |
| SKRX | 81533 |
| SKRX | 296425 |
| SKRX | 296443 |
| SKRX | 296455 |
| SKRX | 296481 |
| LBR | 20011 |

| Customer | Lease Start Date | Notes | Car Type and Amount | Lease Termination Date |
|---|---|---|---|---|
| Allegheny Valley Railroad | July, 2015 | | 10 Boxcars | 7/10/2018 |
| Camp Chase Railroad | June, 2014 | | 8 Boxcars | 6/28/2017 |
| Cape & Son | April, 2015 | | 2 wood chip Gondolas | 4/8/2020 |
| Central Maine & Quebec | December, 2014 | | 31 boxcars | 12/18/2019 |
| Combined Metals | May, 2014 | | 2 gondolas | 5/2/2019 |
| Depew Lancaster & Western Railroad | October, 2014 | | 2 Gondolas | 10/7/2019 |
| Interstate Commodities | September, 2014 | | 30 Covered Hoppers | 9/23/2017 |
| Mittal Steel | March, 2015 | | 62 Gondolas | 3/3/2018 |
| Mittal Steel | April, 2009 | | 33 Flatcars | 4/1/2019 |
| Smuckers | June, 2015 | | 4 boxcars | 6/15/2017 |
| Youngstown and Southeastern Railroad | June, 2014 | 10 off lease Returned , 10 Month to Month | 20 Boxcars | 6/28/2017 |
| | | | | |
| American Eagle Paper | October, 2014 | Expired notice of Return given by Customer | 11 boxcars | October, 2015 |
| Buffalo & Pittsburg Railroad | November , 2011 | Expired Cars Idle NO contact | 44 coal cars | November, 2016 |
| Cando | February , 2015 | Expired notice of Return Given by Customer | 4 Flat Cars | February, 2017 |
| Cater Parrot | July, 2012 | Expired Cars Idle NO contact | 2 boxcars | July, 2014 |
| CSX/National Pool | August, 2006 | Expired Cars returned by Customer | 9 Boxcars | August, 2011 |
| Canton Railroad | August, 2009 | Cars Being used Month to Month | 8 boxcars | August, 2014 |
| Delaware Lackawanna Railroad | May, 2007 | Cars Being used Month to Month | 6 coal cars | May, 2312 |
| Finger Lakes Railway | November, 2006 | Expired cars Idle no contact | 2 boxcars | November, 2009 |
| Happy Valley Blended | February, 2015 | Expired car being usedMonth to Month | 1 covered hopper | Febrary, 2016 |
| Housatonic Railroad | April, 2013 | Expired cars being usedMonth to Month | 3 coal cars | April , 2014 |
| Interstate Sands LLC | May, 2014 | Expired , Cars Returned | 15 covered Hoppers | May, 2317 |
| Juanita Valley Railroad | April, 2007 | Cars Idle Expired | 3 boxcars | April, 2012 |
| Koppers | January, 2015 | Cars Being used Month to Month | 11 Gondolas | January, 2017 |
| Lycoming Valley Railroad | No lease | Cars Being used Month to Month | 10 coal cars | no lease |
| Nittany Bald Eagle Railroad | No lease | Cars Being used Month to Month | 31 Coa Cars | no lease |
| Norfolk Southern | No lease | Cars Being used Month to Month | 4 flatcars | no lease |
| Hoosier | No lease | Cars Being used Month to Month | 1 boxcar | no lease |
| Owego & Hartford Railway | November , 2003 | Cars Returned by Customer | 24 Gondolas | November, 2008 |
| Potter's Industries | April, 2015 | Cars Being used Month to Month | 20 coal cars | April, 2017 |
| Railworks | January, 2016 | Cars Being used Month to Month | 1 boxcar | January, 2017 |
| Reist Popcorn | October, 2014 | Cars Being used Month to Month | 3 covered Hoppers | October, 2016 |
| Del Monte/Sager Creek | Lease IS/Was Pending | Cars Being used Month to Month | 6 boxcars | no lease |

**EXHIBIT "B"**

to Motion to Sell