IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   SCHUYLKILL RAIL CAR, INC.,<br>              Debtor in Possession | Chapter 11<br><br>Case No. 1:14-bk-02477-RNO |
| v. | |
| GILMOUR CONSULTING, LLC,<br>PLAN ADMINISTRATOR,<br>              Movant | |
| v. | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, ET. AL., AMERICAN EAGLE, PAPER MILLS, ALLEGHENY VALLEY RAILROAD COMPANY, BUFFALO AND PITTSBURGH RAILROAD, CAMP CHASE , INDUSTRIAL RAILROAD CORP., CANDO RAIL SERVICES, LTD., EDWARDS AND ROSE COTTONSEED, L.P. D/B/A CAPE AND SON, CATERPARROTT RAILNET, CENTRAL MAINE AND QUEBEC US RAILWAY, INC., COMBINED METAL INDUSTRIES INC., CSX TRANSPORTATION INC., CANTON , RAILROAD CO., DELAWARE-, LACKAWANNA RAILROAD CO., INC., DEPEW, LANCASTER AND WESTERN , RAILROAD CO., INC., HAPPY VALLEY BLENDING LLC, FINGER LAKES RAILWAY CORP., HOUSATONIC RAILROAD CO., INC., INTERSTATE , COMMODITIES, INC., INTERSTATE INDUSTRIAL SANDS, LLC, JUNIATA VALLEY RAILROAD, KOPPERS, INC., LYCOMING VALLEY RAILROAD, MITTAL STEEL USA-RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN CORPORATION, HOOSIER MAGNETICS, INC., OWEGO AND HARTFORD RAILWAY, INC., POTTERS INDUSTRIES, LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST | |

POPCORN CO., DEL MONTE FOODS, INC.,
SAGER CREEK , FOODS, INC., STEELTON
AND HIGHSPIRE RAILROAD CO., THE J.M.
SMUCKER CO., YOUNGSTOWN AND
SOUTHEASTERN RAILROAD, LEESPORT
BANK, VIST BANK, TOMPKINS VIST
BANK, LAWRENCE V. YOUNG, ESQ., CGA
LAW FIRM, ALEX EVERHART, ROBERT L.
KNUPP, ESQUIRE, INTERNAL REVENUE
SERVICE, PENNSYLVANIA ,
DEPARTMENT OF REVENUE,
     Respondents

| | |
|---|---|
| IN RE:<br> D&D RAIL CAR, INC.,<br>    Debtor in Possession | Chapter 11<br><br>Case No. 1:14-bk-02478-RNO |

GILMOUR CONSULTING, LLC,
PLAN ADMINISTRATOR,
    Movant

v.

FIRST NATIONAL BANK OF
PENNSYLVANIA, ET. AL.,
AMERICAN EAGLE, PAPER MILLS,
ALLEGHENY VALLEY RAILROAD
COMPANY, BUFFALO AND PITTSBURGH
RAILROAD, CAMP CHASE , INDUSTRIAL
RAILROAD CORP., CANDO RAIL
SERVICES, LTD., EDWARDS AND ROSE
COTTONSEED, L.P. D/B/A CAPE AND SON,
CATERPARROTT RAILNET, CENTRAL
MAINE AND QUEBEC US RAILWAY, INC.,
COMBINED METAL INDUSTRIES INC., CSX
TRANSPORTATION INC., CANTON ,
RAILROAD CO., DELAWARE-,
LACKAWANNA RAILROAD CO., INC.,
DEPEW, LANCASTER AND WESTERN ,
RAILROAD CO., INC., HAPPY VALLEY
BLENDING LLC, FINGER LAKES
RAILWAY CORP., HOUSATONIC
RAILROAD CO., INC., INTERSTATE ,
COMMODITIES, INC., INTERSTATE
INDUSTRIAL SANDS, LLC, JUNIATA
VALLEY RAILROAD, KOPPERS, INC.,

| LYCOMING VALLEY RAILROAD, MITTAL STEEL USA-RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN CORPORATION, HOOSIER MAGNETICS, INC., OWEGO AND HARTFORD RAILWAY, INC., POTTERS INDUSTRIES, LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST POPCORN CO., DEL MONTE FOODS, INC., SAGER CREEK , FOODS, INC., STEELTON AND HIGHSPIRE RAILROAD CO., THE J.M. SMUCKER CO., YOUNGSTOWN AND SOUTHEASTERN RAILROAD, LEESPORT BANK, VIST BANK, TOMPKINS VIST BANK, LAWRENCE V. YOUNG, ESQ., CGA LAW FIRM, ALEX EVERHART, ROBERT L. KNUPP, ESQUIRE, INTERNAL REVENUE SERVICE, PENNSYLVANIA , DEPARTMENT OF REVENUE, <br>                Respondents | |
|---|---|

LIMITED OBJECTION TO PLAN ADMINISTRATOR'S
JOINT MOTION TO SELL PERSONAL PROPERTY
<u>FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES</u>

COMES NOW, this 9th day of June, 2017, Lawrence V. Young, Esquire, Counsel of Record for the Debtors in Possession, Schuylkill Rail Car, Inc. and D&D Rail Car, Inc., by and through his Counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Limited Objection as follows:

Counsel for the Debtors in Possession does not object to the sale of Debtors' assets nor to the to the methodology of said sale. However, Counsel for Debtors believes that funds sufficient to pay the previously-approved professional fees that are the subject of the pending Adversary Complaints filed at Case No. 1:17-ap-00025, 1:17-ap-00026 and 1:17-ap-00027 should be escrowed from the sale proceeds in the event that said Adversary Complaints are successful.

WHEREFORE, Counsel for Debtor respectfully requests that this Honorable Court enter an Order approving the Plan Administrator's Joint Motion to Sell Personal Property Free and

Clear of All Liens, Claims, Interests and Encumbrances subject to the limitation that the Plan Administrator be directed to escrow funds sufficient to pay the previously approved professional fees that are subject of the pending Adversary Complaints filed at Case No. 1:17-ap-00025, 1:17-ap-00026 and 1:17-ap-00027.

    Respectfully submitted,

    CGA Law Firm

    <u>/s/Lawrence V. Young, Esquire</u>
    Lawrence V. Young, Esquire
    Sup. Ct. I.D. No. 21009
    135 North George Street
    York, PA 17401
    (717) 848-4900
    Counsel for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SCHUYLKILL RAIL CAR, INC.,<br>              Debtor in Possession | Chapter 11<br><br>Case No. 1:14-bk-02477-RNO |
| v. | |
| GILMOUR CONSULTING, LLC,<br>PLAN ADMINISTRATOR,<br>              Movant | |
| v. | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, ET. AL., AMERICAN EAGLE, PAPER MILLS, ALLEGHENY VALLEY RAILROAD COMPANY, BUFFALO AND PITTSBURGH RAILROAD, CAMP CHASE , INDUSTRIAL RAILROAD CORP., CANDO RAIL SERVICES, LTD., EDWARDS AND ROSE COTTONSEED, L.P. D/B/A CAPE AND SON, CATERPARROTT RAILNET, CENTRAL MAINE AND QUEBEC US RAILWAY, INC., COMBINED METAL INDUSTRIES INC., CSX TRANSPORTATION INC., CANTON , RAILROAD CO., DELAWARE-, LACKAWANNA RAILROAD CO., INC., DEPEW, LANCASTER AND WESTERN , RAILROAD CO., INC., HAPPY VALLEY BLENDING LLC, FINGER LAKES RAILWAY CORP., HOUSATONIC RAILROAD CO., INC., INTERSTATE , COMMODITIES, INC., INTERSTATE INDUSTRIAL SANDS, LLC, JUNIATA VALLEY RAILROAD, KOPPERS, INC., LYCOMING VALLEY RAILROAD, MITTAL STEEL USA-RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN CORPORATION, HOOSIER MAGNETICS, INC., OWEGO AND HARTFORD RAILWAY, INC., POTTERS INDUSTRIES, LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST | |

| | |
|---|---|
| POPCORN CO., DEL MONTE FOODS, INC., SAGER CREEK , FOODS, INC., STEELTON AND HIGHSPIRE RAILROAD CO., THE J.M. SMUCKER CO., YOUNGSTOWN AND SOUTHEASTERN RAILROAD, LEESPORT BANK, VIST BANK, TOMPKINS VIST BANK, LAWRENCE V. YOUNG, ESQ., CGA LAW FIRM, ALEX EVERHART, ROBERT L. KNUPP, ESQUIRE, INTERNAL REVENUE SERVICE, PENNSYLVANIA , DEPARTMENT OF REVENUE,<br>     Respondents | |
| IN RE:<br> D&D RAIL CAR, INC.,<br>     Debtor in Possession | Chapter 11<br><br>Case No. 1:14-bk-02478-RNO |
| GILMOUR CONSULTING, LLC,<br>PLAN ADMINISTRATOR,<br>     Movant<br><br>v.<br><br>FIRST NATIONAL BANK OF PENNSYLVANIA, ET. AL., AMERICAN EAGLE, PAPER MILLS, ALLEGHENY VALLEY RAILROAD COMPANY, BUFFALO AND PITTSBURGH RAILROAD, CAMP CHASE , INDUSTRIAL RAILROAD CORP., CANDO RAIL SERVICES, LTD., EDWARDS AND ROSE COTTONSEED, L.P. D/B/A CAPE AND SON, CATERPARROTT RAILNET, CENTRAL MAINE AND QUEBEC US RAILWAY, INC., COMBINED METAL INDUSTRIES INC., CSX TRANSPORTATION INC., CANTON , RAILROAD CO., DELAWARE-, LACKAWANNA RAILROAD CO., INC., DEPEW, LANCASTER AND WESTERN , RAILROAD CO., INC., HAPPY VALLEY BLENDING LLC, FINGER LAKES RAILWAY CORP., HOUSATONIC RAILROAD CO., INC., INTERSTATE , COMMODITIES, INC., INTERSTATE INDUSTRIAL SANDS, LLC, JUNIATA VALLEY RAILROAD, KOPPERS, INC., | |

LYCOMING VALLEY RAILROAD, MITTAL STEEL USA-RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN CORPORATION, HOOSIER MAGNETICS, INC., OWEGO AND HARTFORD RAILWAY, INC., POTTERS INDUSTRIES, LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST POPCORN CO., DEL MONTE FOODS, INC., SAGER CREEK , FOODS, INC., STEELTON AND HIGHSPIRE RAILROAD CO., THE J.M. SMUCKER CO., YOUNGSTOWN AND SOUTHEASTERN RAILROAD, LEESPORT BANK, VIST BANK, TOMPKINS VIST BANK, LAWRENCE V. YOUNG, ESQ., CGA LAW FIRM, ALEX EVERHART, ROBERT L. KNUPP, ESQUIRE, INTERNAL REVENUE SERVICE, PENNSYLVANIA , DEPARTMENT OF REVENUE,
      Respondents

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 9, 2017, a true and correct copy of the attached Limited Objection was served upon the following parties in the following manner:

| Name | Mode of Service |
| --- | --- |
| Office of the United States Trustee | Via CM/ECF |
| Heather Z. Kelly, Esquire | Via CM/ECF |
| Peter S. Russ, Esquire | Via CM/ECF |
| Edward C. Toole, Jr., Esquire | Via CM/ECF |
| Eric L Brossman, Esquire | Via CM/ECF |
| Jeffrey D. Cohen, Esquire | Via CM/ECF |
| Timothy L. Frey, Esquire | Via CM/ECF |
| Robert L. Knupp, Esquire | Via CM/ECF |
| Iles Cooper, Esquire | Via CM/ECF |
| Adam Gordon Klein, Esquire | Via CM/ECF |
| Thomas I. Puleo, Esquire | Via CM/ECF |
| Markian R. Slobodian, Esquire | Via CM/ECF |
| John Brian Joyce, Esquire | Via CM/ECF |

I certify under penalty of perjury that the forgoing is true and correct.

Date: 06/09/2017           /s/Lawrence V. Young, Esquire
                   Lawrence V. Young, Esquire