IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SCHUYLKILL RAIL CAR, INC. | : | CASE NO. 1:14-bk-2477-RNO |
| Debtor | : | |

## AMENDED CERTIFICATE OF SERIVCE

    I hereby certify that on June 20, 2017, true and correct copies of the Motion of CSX Transportation, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A), Proposed Order, and Notice to Creditors and Other Parties in Interest were filed electronically with the Court's CM/ECF system which sent notification of such filing to all parties requesting electronic service including the following:

Eric L Brossman
Saul Ewing LLP
2 North Second Street
7th Floor
Harrisburg, PA 17101

Iles Cooper
Williamson, Friedberg and Jones, LLC
Ten Westwood Road
PO Box 1190
Pottsville, PA 17901

Mitchell Barry Hausman
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

John Brian Joyce
Grenen and Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Edward C. Toole, Jr.
Pepper Hamilton LLP
3000 Two Logan Square, 18th and Arch Sts
Philadelphia, PA 19103-2799

Heather Z Kelly
Mette, Evans and Woodside
3401 N. Front Street
P.O. Box 5950
Harrisburg, PA 17110

Adam Gordon Klein
Smigel Anderson and Sacks LLP
4431 North Front St
Harrisburg, PA 17110

Robert L Knupp
Smigel, Anderson & Sacks
4431 North Front St., 3rd Flr.
Harrisburg, PA 17110

Richard J Parks
Pietragallo, Bosick & Gordon, LLP
7 West State Street
Suite 100
Sharon, PA 16146

Thomas I Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Peter S Russ
Buchanan Ingersoll and Rooney PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219

Markian R Slobodian
801 North Second Street
Harrisburg, PA 17102

Henry W Van Eck
Mette, Evans, & Woodside
3401 North Front Street
Harrisburg, PA 17110-0950

Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA 17401

                                                  /s/ Timothy L. Frey
                                                  Timothy L. Frey