OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Schuylkill Railcar, Inc | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02477-RNO | Account Number: | #793;#777;#785;#801 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | January 1, 2017 - March 31, 2017 | | |

Beginning Cash Balance $ 21,051.53

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | 0.00 |
| Collection of revenues for all companies | 32,212.95 |
| Collection of Accounts Receivable: | 146,025.99 |
| Collection of Management Fees: | 24,917.02 |
| Proceeds from Litigation (settlement or otherwise): | 0.00 |
| Sale of Debtor's Assets: | 0.00 |
| Capital Infusion pursuant to the Plan: | 0.00 |

Transfers from other checking account
| Account: | 2843990793 | 25,925.00 |
|---|---|---|
| | 2843990777 | 58,835.00 |
| | 2843990785 | 0.00 |
| | 2843990801 | 0.00 |

Total of cash received: $ 308,967.49

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of professionals | 0.00 |
| Transfer of revenues to all companies | 6,750.00 |
| All other disbursements made in the ordinary course | 196,146.13 |

Transfers to other checking account
| Account: | 2843990793 | 0.00 |
|---|---|---|
| | 2843990777 | 25,925.00 |
| | 2843990785 | 0.00 |
| | 2843990801 | 58,835.00 |

Total Disbursements 287,656.13

Ending Cash Balance $ 21,311.36

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/27/2017        Name: [signature]        21311.36