In re:                                                              Case No. 14-02477-RNO
Schuylkill Rail Car, Inc.                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 2    Date Rcvd: Jul 12, 2017
                    Form ID: nthrgreq  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
crcmch       +c/o Jeffrey W. Embly Unsecured Creditors' Committe,   Salzmann Hughes, P.C.,
           354 Alexander Spring Rd., Ste. 1,   Carlisle, PA 17015-7451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
        Adam Gordon Klein   on behalf of Cred. Comm. Chair c/o Jeffrey W. Embly  Unsecured Creditors'
          Committee aklein@sasllp.com
        Adam Gordon Klein   on behalf of Debtor    Schuylkill Rail Car, Inc. aklein@sasllp.com
        Edward C. Toole, Jr.   on behalf of Interested Party    BNSF Railway Company toolee@pepperlaw.com
        Eric L Brossman   on behalf of Defendant Neil  Gilmour ebrossman@saul.com, bdavis@saul.com
        Eric L Brossman   on behalf of Interested Party    Gilmour Consulting LLC ebrossman@saul.com,
          bdavis@saul.com
        Eric L Brossman   on behalf of Other Professional Neil  Gilmour ebrossman@saul.com,
          bdavis@saul.com
        Iles Cooper   on behalf of Interested Party    Riverview Bank icooper@wfjlaw.net,
          gdeitch@wfjlaw.net;scooper@wfjlaw.net;r46060@notify.bestcase.com
        Jeffrey D Cohen   on behalf of Creditor    Norfolk Southern Railway Company jcohen@freightlaw.net,
          rkerrigan@freightlaw.net;jfiganiak@freightlaw.net;cmerrick@freightlaw.net;kchynoweth@freightlaw.n
          et;tfrey@freightlaw.net;bmann@freightlaw.net;kallen@freightlaw.net
        John Brian Joyce   on behalf of Creditor    First National Bank, successor to The Legacy Bank
          jjoyce@grenenbirsic.com,   alentz@grenenbirsic.com
        John Brian Joyce   on behalf of Defendant    First National Bank jjoyce@grenenbirsic.com,
          alentz@grenenbirsic.com
        Lawrence V. Young   on behalf of Debtor    Schuylkill Rail Car, Inc. lyoung@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
          m;kbrayboy@cgalaw.com
        Lawrence V. Young   on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
          m;kbrayboy@cgalaw.com
        Markian R Slobodian   on behalf of Interested Party    Schuylkill Rail Car, L.P. law.ms@usa.net
        Markian R Slobodian   on behalf of Debtor    Schuylkill Rail Car, Inc. law.ms@usa.net
        Mitchell Barry Hausman   on behalf of Asst. U.S. Trustee    United States Trustee
          Mitchell.B.Hausman@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
        Peter S Russ   on behalf of Creditor    Progress Rail Services peter.russ@bipc.com,
          donna.curcio@bipc.com
        Peter S Russ   on behalf of Creditor    Wheeling and Lake Erie Railway Company peter.russ@bipc.com,
          donna.curcio@bipc.com
        Richard J Parks   on behalf of Creditor    West Railcar and Fabrication LLC rjp@pietragallo.com,
          kas2@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
        Robert L Knupp   on behalf of Debtor    Schuylkill Rail Car, Inc. rknupp@sasllp.com,
          gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
        Robert L Knupp   on behalf of Cred. Comm. Chair c/o Jeffrey W. Embly  Unsecured Creditors'
          Committee rknupp@sasllp.com,
          gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
        Robert L Knupp   on behalf of Plaintiff Robert L. Knupp rknupp@sasllp.com,
          gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas I Puleo   on behalf of Creditor   United States Department of Agriculture
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        Timothy L. Frey   on behalf of Creditor   Norfolk Southern Railway Company tfrey@freightlaw.net, jfiganiak@freightlaw.net;kallen@freightlaw.net

        Timothy L. Frey   on behalf of Plaintiff   Norfolk Southern Railway Company tfrey@freightlaw.net, jfiganiak@freightlaw.net;kallen@freightlaw.net

        Timothy L. Frey   on behalf of Plaintiff   CSX Transportation, Inc. tfrey@freightlaw.net, jfiganiak@freightlaw.net;kallen@freightlaw.net

        Timothy L. Frey   on behalf of Creditor   CSX Transportation, Inc. tfrey@freightlaw.net, jfiganiak@freightlaw.net;kallen@freightlaw.net

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                              TOTAL: 27

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Schuylkill Rail Car, Inc. **Debtor(s)** | Chapter: 11 |
| | Case number: 1:14−bk−02477−RNO |
| | Document Number: 516 |
| CSX Transportation, Inc. **Movant(s)** | Matter: Application for payment of administrative expense and Objection thereto |
| vs. | |
| First National Bank of Pennsylvania **Respondent(s)** | |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 28, 2014.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: August 24, 2017** **Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 12, 2017 |