# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SCHUYLKILL RAIL CAR, INC.

**Debtor(s)**
Norfolk Southern Railway Company

**Plaintiff(s)/Movant(s)**
vs.
First National Bank of Pennsylvania

**Defendant(s)/Respondent(s)**

CHAPTER: 11

CASE NO. 1-14-bk-2477

ADVERSARY NO. __-__ap-_____ (if applicable)

Nature of Proceeding: Motion for Administrative Expense Claim

Document #: 517, 536, 538

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties have engaged in discussions which may narrow or resolve the issues to be presented to the Court

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 18, 2017

/s/ Timothy L. Frey

Attorney for CSX Transportation, Inc.
Name: Timothy L. Frey
Phone Number: 215-609-1110

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.