This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Schuylkill Railcar, Inc | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02477-RNO | Account Number: | #793;#777;#785;#801 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | April 1, 2017 - June 30, 2017 | | |

| | |
|---|---:|
| Beginning Cash Balance | $ 21,311.36 |
| All receipts received by the debtor: | |
|     Cash Sales: | 0.00 |
|     Collection of revenues for all companies | 32,358.32 |
|     Collection of Accounts Receivable: | 166,255.44 |
|     Collection of Management Fees: | 6,250.00 |
|     Proceeds from Litigation (settlement or otherwise): | 0.00 |
|     Sale of Debtor's Assets: | 0.00 |
|     Capital Infusion pursuant to the Plan: | 0.00 |
|     Transfers from other checking account | |
|         Account: 2843990793 | 25,608.32 |
|         2843990777 | 53,953.00 |
|         2843990785 | 0.00 |
|         2843990801 | 0.00 |
| Total of cash received: | $ 305,736.44 |
| Total of cash available: | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of professionals | 0.00 |
| Transfer of revenues to all companies | 6,750.00 |
| All other disbursements made in the ordinary course | 181,102.94 |
| Transfers to other checking account | |
|     Account: 2843990793 | 0.00 |
|     2843990777 | 25,608.32 |
|     2843990785 | 0.00 |
|     2843990801 | 53,953.00 |
| Total Disbursements | 267,414.26 |
| Ending Cash Balance | $ 38,322.18 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/4/2017       Name: [signature] Administrator