### OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Schuylkill Railcar, Inc | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02477-RNO | Account Number: | #793;#777;#785;#801;#860,#886 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | July 1, 2017 - September 30, 2017 | | |

| | | |
|---|---|---:|
| Beginning Cash Balance | $ | 38,322.18 |
| **All receipts received by the debtor:** | | |
| Cash Sales: | | 0.00 |
| Collection of revenues for all companies | | 28,864.85 |
| Collection of Accounts Receivable: | | 123,422.10 |
| Collection of Management Fees: | | 0.00 |
| Proceeds from Litigation (settlement or otherwise): | | 0.00 |
| Sale of Debtor's Assets: | | 1,249,214.15 |
| Capital Infusion pursuant to the Plan: | | 0.00 |
| Transfers from other checking account | | |
| Account: 2843990793 | | 17,833.00 |
| 2843990777 | | 57,800.00 |
| 2843990785 | | 0.00 |
| 2843990801 | | 0.00 |
| 95356860 | | 92,000.00 |
| 95356886 | | 0.00 |
| SKDD 95356878 | | 92,000.00 |
| Total of cash received: | $ | 1,699,456.28 |

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | | |
|---|---|---:|
| Disbursements made under the plan, excluding the administrative claims of professionals: | $ | 0.00 |
| Disbursements made pursuant to the administrative claims of professionals | | 0.00 |
| Transfer of revenues to all companies | | 9,917.00 |
| All other disbursements made in the ordinary course | | 1,151,466.76 |
| Transfers to other checking account | | |
| Account: 2843990793 | | 0.00 |
| 2843990777 | | 17,833.00 |
| 2843990785 | | 0.00 |
| 2843990801 | | 57,800.00 |
| 95356860 | | 0.00 |
| 95356886 | | 92,000.00 |
| SKDD 95356878 | | 0.00 |
| Total Disbursements | | 1,329,016.76 |
| Ending Cash Balance | $ | 370,439.52 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/18/2017

Name: _[signature]_

Title: Plan Administrator