OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Schuylkill Railcar, Inc | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02477-RNO | Account Number: | #793;#777;#785;#801,#860,#886 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | October 1, 2017 - December 31, 2017 | | |

| | |
|---|---:|
| Beginning Cash Balance | $ 370,439.52 |
| All receipts received by the debtor: | |
| Cash Sales: | 0.00 |
| Collection of revenues for all companies | 0.00 |
| Collection of Accounts Receivable: | 21,455.36 |
| Collection of Management Fees: | 0.00 |
| Proceeds from Litigation (settlement or otherwise): | 0.00 |
| Sale of Debtor's Assets: | 79,920.00 |
| Capital Infusion pursuant to the Plan: | 0.00 |
| Transfers from other checking account  Account: 2843990777 | 42,420.00 |
| Total of cash received: | $ 514,234.88 |
| Total of cash available: | |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of professionals: | $ 152,949.66 |
| Disbursements made pursuant to the administrative claims of professionals | 0.00 |
| Transfer of revenues to all companies | 0.00 |
| All other disbursements made in the ordinary course | 121,020.69 |
| Transfers to other checking account  Account: 2843990801 | 42,420.00 |
| Total Disbursements | 316,390.35 |
| Ending Cash Balance | $ 197,844.53 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/23/2018  Name: [signature] for the  Title: Plan Administrator