In re:                                                                Case No. 14-02477-RNO
Schuylkill Rail Car, Inc.                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 5    Date Rcvd: Mar 27, 2018
    Form ID: pdf010    Total Noticed: 151

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.

```
db          +Schuylkill Rail Car, Inc.,   3 Hockersville Road,   Hershey, PA 17033-1961
aty         +Lawrence V. Young,   135 North George Street,   York, PA 17401-1132
consult     +Alex Everhart,   PO Box 163,   Dallastown, PA 17313-0163
acc         +James P. O'Mara,   3214 E. Market Street,   York, PA 17402-2550
op          +Neil Gilmour,   Gilmour Consulting, LLC,   500 Williams Road,   Wynnewood, PA 19096-2004
cr          +Progress Rail Services,   c/o Peter S. Russ, Esquire,   Buchanan Ingersoll & Rooney PC,
              One Oxford Centre, 20th fl.,   Pittsburgh, PA 15219-1400
intp        +Riverview Bank,   200 Front Street,   P.O. Box B,   Marysville, PA  17053,
              UNITED STATES 17053-0017
intp        +Schuylkill Rail Car, L.P.,   c/o Law Offices of Markian R. Slobodian,   801 N Second Street,
              Harrisburg, PA 17102-3213
cr           United States Department of Agriculture,   339 E Park Dr,   Harrisburg, PA  17111-2730
crcmch      +c/o Jeffrey W. Embly Unsecured Creditors' Committe,   Salzmann Hughes, P.C.,
              354 Alexander Spring Rd., Ste. 1,   Carlisle, PA 17015-7451
4496510     +ALTON SOUTHERN,   AGENT FOR ALS,   LOCKBOX #22984 NETWORK PLACE,   CHICAGO, IL 60673-0001
4496511      AMERICAN EXPRESS,   PO BOX 1270,   NEWARK, NJ 07101-1270
4496513      AV. MARIO COLIN S/N, ESQ.,   CEYLAN COL. VALLE CEYLAN, CP,   54150 TLALNEPANTLA, EDO. DE MEXICO,
              MEXICO
4717512     +Adam G Klein Esquire,   Smigel Anderson & Sacks LLP,   4431 North Front Street,
              Harrisburg, PA 17110-1778
4496514    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,    PO BOX 982236,   EL PASO, TX 79998-2236)
4496515      BELT RAILWAY COMPANY OF CHICAGO,   P.O. BOX 67,   BEDFORD PARK, IL 60499-0067
4496516      BENETECH, INC.,   ATTN: ACCOUNTING,   P.O. BOX 348570,   SACRAMENTO, CA 95834-8570
4496517      BESSEMER & LAKE ERIE RAILROAD,   PO BOX 95361,   CHICAGO, IL 60694-5361
4496518   ++++BLAZER ENTERPRISES, INC.,   226 BLAZER WAY,   JULIAN PA  16844-9437
             (address filed with court: BLAZER ENTERPRISES, INC.,    187 SYCAMORE LANE,
              JULIAN, PA 16844-9503)
4496519     +BNSF RAILWAY CO.,   FINANCIAL SERVICES,   2400 WESTERN CENTER BLVD.,
              FORT WORTH, TX 76131-1322
4496520      BROWNSVILLE AND RIO GRANDE,   12650 HWY 48 MARINE WAY,   BROWNSVILLE, TX 78523
4529702     #Bank of America, N.A.,   NC4-105-02-99,   PO Box 26012,   Greensboro, NC 27420-6012
4496522      CANADIAN PACIFIC RAILWAY,   P.O. BOX 2078 STATION B,   MONTREAL, QC H3B 4H4,   CANADA
4496523      CANADIAN PACIFIC RAILWAY CO,   P.O. BOX 77299,   DETROIT, MI 48277-0299
4496524     +CANTON RAILROAD COMPANY,   1841 S. NEWKIRK STREET,   BALTIMORE, MD 21224-6009
4496525     +CATERPARROTT RAILNET,   3825 AUBREY LANE,   TIFTON, GA 31794-1506
4496526     +CHARLES L. HOWARD, ESQ.,   ONE PITCAIRN PLACE, STE 2400,   165 TOWNSHIP LINE ROAD,
              JENKINTOWN, PA 19046-3531
4496527     +CHICAGO FT WAYNE & EASTERN,   2715 Wayne Trace,   Fort Wayne, IN 46803-3788
4496528     +CLEVELAD WORKS RAILWAY,   CLEVELAND WORKS RAILWAY CO.,   3175 INDEPENDENCE ROAD,
              CLEVELAND, OH 44105-1045
4496529      CN,   PO BOX 71206,   CHICAGO, IL 60694-1206
4496530      CNX MARINE TERMINALS INC,   24601 NETWORK PLACE,   CHICAGO, IL 60673-1246
4496531     +COLUMBUS AND GREENVILLE RAILWAY,   200 MERIDIAN CENTER SUITE 300,   ROCHESTER, NY 14618-3972
4496534     +CSX TRANSPORTATION, INC.,   AGENT FOR CSXT,   LOCKBOX #22984 NETWORK PLACE,
              CHICAGO, IL 60673-0001
4496535     +CSXT,   AGENT FOR CSXT,   LOCKBOX #22984 NETWORK PLACE,   CHICAGO, IL 60673-0001
4496536     +CTN-CANTON,   1841 S. NEWKIRK STREET,   BALTIMORE, MD 21224-6009
4549458      Canadian Pacific Railway,   1100 avenue des Canadiens-,   de-Montreal Suite G-3,
              Montreal, Quebec  HGB 2S2
4496538     +DAKOTA, MINNESOTA & EASTERN RAILROAD,   CANADIAN PACIFIC RAILWAY C/O DME,   P.O. BOX 71978,
              CHICAGO, IL 60694-1978
4496539     +DAVID MARTINEAU, ESQ.,   SALZMANN HUGHES, P.C.,   354 ALEXANDER SPRING RD. STE 1,
              CARLISLE, PA 17015-7451
4496540     +DAVID R. GAMBLE,   1058 PENNSYLVANIA AVENUE,   HARRISBURG, PA 17111-3021
4496541      DELAWARE & HUDSON RAILWAY,   CANADIAN PACIFIC RAILWAY,   P.O. BOX 71978,
              CHICAGO, IL 60694-1978
4496542     +DENNIS C. MECK,   229 WANNA DRIVE,   AUBURN, PA 17922-9514
4496543     +DEPEW, LANCASTER & WESTERN RAILROAD,   1 MILL STREET,   BATAVIA, NY 14020-3141
4496544      DLG INDUSTRIES SAS DE CV,   AV MARIO COLIN SN ESQUINA MIRA FLOR,   TLAINEPANTIA, MEX 5415,
              MEXICO
4496545     +EDWARD D. BIGGS III, LLC,   2255 SUMTER LAKE DRIVE,   MARIETTA, GA 30062-5434
4911826      Eric L Brossman Esquire,   Saul Ewing LLP,   2 North 2nd Street 7th Floor,
              Harrisburg, PA  17101-1604
4496546      FERROCARRIL MEXICANO S.A. DE C.V.,   BOSQUE DE CIRRUELOS 99,
              DELEG M HIDALGO, CP 11700 MEXICO DF,   MEXICO
4496547      FERROCARRIL Y TERMINAL DEL VALLE,   AV. MARIO COLIN S/N, ESQ.,   CEYLAN COL. VALLE CEYLAN, CP,
              54150 TLALNEPANTLA, EDO. DE MEXICO
4496548      FERROSUR, S.A. DE C.V.,   CIRUELOS 99. COL. BOX. DE LAS LOMAS,   DELEG. MIGUEL HIDALGO,
              11700 D.F. MEXICO
4496549     +FINGER LAKES RAILWAY,   ACCOUNTS RECIEVABLE,   PO BOX 1750,   CLINTON, OK 73601-0959
4496550     +FIRST NATIONAL BANK,   ATTN: J. MARTIN DELL,   409 N. SECOND ST., STE 201,
              HARRISBURG, PA 17101-1357
4496551      FORD CREDIT,   P.O. BOX 220564,   PITTSBURGH, PA 15257-2564
```

```
4496552            FRUIT GROWERS EXPRESS COMPANY,    LOCKBOX 22984 22984 NETWORK PLACE,    CHICAGO, IL 60673-1229
4550474           +Finger Lakes Railway,    c/o Eric Hocky,    Clark Hill PLC,    2005 Market Street,
                   Philadelphia, PA 19103-7031
4497150           +First National Bank, successor to The Legacy Bank,    409 North Second Street,    Ste. 201,
                   Harrisburg, PA 17101-1357
4497888            First National Bank, successor to The Legacy Bank,    c/o Heather Z. Kelly, Esquire,
                   Mette, Evans & Woodside,     P.O. Box 5950,    Harrisburg, PA 17110-0950
4496553           #GARY RAILWAY COMPANY,    1200 PENN AVENUE SUITE 300,    PITTSBURGH, PA 15222-4219
4496554            GE RAILCAR REPAIR SERVICES,    PO BOX 74699,    CHICAGO, IL 60675-4699
4496555           +GENESEE VALLEY TRANSPORTATION CO, INC,    1 MILL STREET,    BATAVIA, NY 14020-3141
4496556           +GETTYSBURG & NORTHERN RR CO.,    J.M. CARR,    1318 SO. JOHANSON ROAD,    PEORIA, IL 61607-1130
4496557           +GREAT LAKES CENTRAL RAILROAD,    ACCOUNTS RECEIVABLE,    600 OAKWOOD AVENUE P.O. BOX 550,
                   OWOSSO, MI 48867-0550
4935378           +Gene G. Dimeo, Esq.,    120 Fourth Street,    Ellwood City, PA 16117-2318
4554796           +Greg Cheshler VP Operations,    Genessee Valley Transportation,    1 Mill Street Suite 101,
                   Batavia, NY 14020-3141
4496558           +HARRISBURG REGIONAL CHAMBER,    3211 NORTH FRONT STREET, SUITE 201,,    HARRISBURG, PA 17110-1342
4496559           +HEATHER Z. KELLY, ESQUIRE,    METTE, EVANS & WOODSIDE,    3401 N. FRONT STREET,
                   HARRISBURG, PA 17110-1462
4496560           +HRRC,   8 DAVIS ROAD WEST, P.O. BOX 687,,    OLD LYME, CT 06371-0687
4496561           +HRSX,   1550 W. Colorado Blvd,    Pasadena, CA 91105-1415
4496562            ILLINOIS CENTRAL RAILROAD,    PO BOX 95361,    CHICAGO, IL 60694-5361
4496564           +INDIANA & OHIO RAIL SYSTEM,     P.O. BOX 409590,,    ATLANTA, GA 30384-9590
4496565           +INDIANA HARBOR BELT RAILROAD,    AGENT FOR: INDIANA HARBOR BELT RAILROAD,
                   1510 PLAINFIELD ROAD SUITE 3,    DARIEN, IL 60561-4919
4496566           +JACK GAUGHEN REALTOR,    3915 MARKET ST,    CAMP HILL, PA 17011-4227
4496567           +JAMES PAGLIARO,    1043 PENNSYLVANIA AVENUE,    HARRISBURG, PA 17111-3019
4496568           +JAN L. BUDMAN, II, ESQ.,    BUCHANAN INGERSOLL & ROONEY PC,    409 N. 2ND ST., STE 500,
                   HARRISBURG, PA 17101-1357
4496569           +JENNIFER GAMBLE,    1058 PENNSYLVANIA AVENUE,    HARRISBURG, PA 17111-3021
4496570           +JUNIATA VALLEY RAILROAD,    356 PRIESTLY AVE.,    NORTHUMBERLAND, PA 17857-1626
4554795           +James M. Pagliaro III,    1043 Pennsylvania Avenue,    Harrisburg, PA 17111-3019
4554794           +Jeffrey W Embly Firm Administrator,    Salzmann Hughes PC,    354 Alexander Spring Rd Ste 1,
                   Carlisle, PA 17015-7451
4505729           +Jennie L Anderson,    for Union Pacific Railroad Co,    1400 Douglas St Stop 1580,
                   Omaha, NE 68179-0002
4496571           +KANSAS CITY SOUTHERN RAILWAY,    36929 TREASURY CENTER,    CHICAGO, IL 60694-6900
4496572           +LAKE STATE RAILWAY,    750 N. WASHINGTON AVENUE,    SAGINAW, MI 48607-1374
4496573           +LAT-LON, LLC,    2300 S. JASON ST,    DENVER, CO 80223-4203
4496505           +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4496574           +LOWVILLE & BEAVER RIVER RAILROAD,    1 MILL STREET,    BATAVIA, NY 14020-3141
4496575           +LYCOMING VALLEY RAILROAD,    356 PRIESTLEY AVE.,    NORTHUMBERLAND, PA 17857-1626
4710159           +Law Offices of Markian R. Slobodian,    801 N Second Street,    Harrisburg, PA 17102-3210
4496576           +MCDEVITT ENTERPRISES LLC,    669 MITCAM RD,    MERIDIAN, MS 39301-8039
4496577           +MERIDIAN RAIL SERVICES S.A.DE C.V.,    GREENBRIER RAIL SERVICES,
                   15202 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0152
4496578           +MONTANA RAIL LINK INC.,    P.O. BOX 16390,    MISSOULA, MT 59808-6390
4505728           +Mary Ann Kilgore,    for Union Pacific Railroad Co,    1400 Douglas St Stop 1580,
                   Omaha, NE 68179-0002
4496579           +NEW ORLEANS PUBLIC BELT RAILROAD,    4822 TCHOUPITOULAS STREET,    NEW ORLEANS, LA 70115-1645
4496580           +NEW YORK & ATLANTIC RAILWAY,    224 S. MICHIGAN AVE. SUITE 600,    CHICAGO, IL 60604-2505
4496581           +NIMISHILLEN & TUSCARAWAS,    2633 8TH STREET NE,    CANTON, OH 44704-2311
4496583           +NITTANY & BALD EAGLE RAILROAD,    356 PRIESTLEY AVENUE,    NORTHUMBERLAND, PA 17857-1626
4496585            NORFOLK SOUTHERN RAILWAY COMPANY,    LOCKBOX # 22984,    22984 NETWORK PLACE,
                   CHICAGO, IL 60673-1229
4496586           +NORTH SHORE RAILROAD,    356 PRIESTLY AVENUE,    NORTHUMBERLAND, PA 17857-1656
4630582           +Norfolk Southern Railway Co,    c/o Timothy L Frey Esq,    One Pitcairn Place Suite 2400,
                   165 Township Line Road,    Jenkintown, PA 19046-3531
4496587           +P.N.E,   3257 DOUD AVE,    SCRANTON PA 18505-2978
4496507           +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4496588           +PPL UTILITIES,    2 NORTH 9TH STREET,    CPC-GENN1,    ALLENTOWN, PA 18101-1139
4496589            PROGRESS RAIL SERVICES,    24601 NETWORK PLACE,    CHICAGO, IL 60673-1246
4496590           +PROVIDENCE AND WORCESTER RAILROAD,    DAVID M. RUTKOWSKI, CMO,    382 SOUTHBRIDGE STREET,
                   WORCHESTER, MA 01610-1710
4521508           +Progress Rail Services,    c/o Peter S. Russ, Esq.,    Buchanan Ingersoll & Rooney PC,
                   One Oxford Centre, 20th fl.,    Pittsburgh, PA 15219-1400
4550100           +R. Stephen McNeill,    Potter Anderson & Corroon LLP,    1313 N. Market Street, 6th Floor,
                   Wilmington, DE 19801-6108
4496591           +RAIL MECHANICAL SERVICES, INC,    P.O. BOX 848,    COLUMBIA, PA 17512-0848
4496593           +ROAD AND RAIL SERVICES INC.,    4233 BARDSTOWN RD, STE 200,    LOUISVILLE, KY 40218-3282
4511686           +Reinsel Kuntz Lesher LLP,    1800 Fruitville Pike,    Lancaster, PA 17601-4063
4681585           +Riverview Bnak,    c/o Iles Cooper Esq,    Williamson Friedberg & Jones LLC,    Ten Westwood Road,
                   Pottsville, PA 17901-1314
4496594           +SALZMANN HUGHES, P.C.,    354 ALEXANDER SPRING ROAD SUITE 1,    CARLISLE, PA 17015-7451
4496506           +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4496595            SERVICE INDUSTRIAL RAILCAR,    PO BOX 2267,    FAIRHOPE, AL  36533-2267
4496596            SOO LINE RAILROAD,    CANADIAN PACIFIC RAILWAY,    P.O. BOX 71978,    CHICAGO, IL 60694-1978
4496597           +SOUTH BUFFALO RAILWAY,    200 MERIDIAN CENTER SUITE 300,    ROCHESTER, NY 14618-3972
4496598            SOUTH KANSAS & OKLAHOMA RR,    39575 TREASURY CENTER,    CHICAGO, IL 60694-3900
4496599           +SPRINGFIELD TERMINAL,    HIGH STREET,    1700 IRON HORSE PARK,    N. BILLERICA, MA 01862-1641
```

```
4496601         STATE OF WEST VIRGINIA,    PROPERTY TAX DIVISION,    PO BOX 1463,    CHARLESTON, WV 25325-1463
4496602        +STEELTON & HIGHSPIRE RAILROAD,    215 S Front Street,    Steelton, PA 17113-2538
4496603        +SVRR-SHAMOKIN VALLEY RAILROAD,    356 PRIESTLY AVENUE,    NORTHUMBERLAND, PA 17857-1626
4530623         Salzmann Hughes, P.C.,   254 Alexander Spring Road, Suite 1,    Carlisle, PA 17015
4531829        +South Buffalo Railway,    400 Meridian Centre Blvd Ste 330,    Rochester, NY 14618-3991
4496600        +St. Lawrence & Atlantic Railroad,    Chemin de fer St-Laurent &,   Atlantique (Qubec) Inc.,
                 225 First Flight Drive, Suite 201,    Auburn, ME 04210-9123
4496604        +TERMINAL RAILROAD ASSN OF ST LOUIS,    ACCOUNTING DEPARTMENT,    P.O. BOX 14958-F,
                 ST. LOUIS, MO 63150-0001
4496605        +THE ANDERSON, INC.,    NW 6172 PO BOX 1450,    MINEAPPOLIS, MN 55485-1450
4496606        +TNT RAILCAR SERVICES INC.,    PO BOX 10142,    LONGVIEW, TX 75608-0142
4496607         TRANSCO RAILWAY PRODUCTS,    97480 EAGLE WAY,    CHICAGO, IL 60678-9740
4935379        +The Hill Railroad Car Company, Inc.,    201 Power Street,    New Castle, PA 16102-1369
4554793        +Timothy E Coffey General Counsel,    Secretary & Director of HR,
                 Belt Railway Company of Chicago,    PO Box 67,    Bedford Park, IL 60499-0067
4496608        +UNION PACIFIC RAILROAD,    TTX COMPANY/AGENT UP,    LOCKBOX 22984 22984 NETWORK PLACE,
                 CHICAGO, IL 60673-1229
4496610        #UNION RAILROAD,    ATTN: JANE FOSHEE,    1200 PENN AVENUE, SUITE 300,
                 PITTSBURGH, PA 15222-4219
4496611         USDA,    339 E Park Dr,    Harrisburg, PA 17111-2730
4546549        +Union Pacific Railroad Co,    Attn Mary Ann Kilgore,    1400 Douglass St STOP 1580,
                 Omaha, NE 68179-0002
4690732        +United States Dept of Agriculture,    c/o Thomas I Puleo Esquire,    KML Law Group  PC,
                 701 Market Street  Suite 5000,    Philadelphia, PA 19106-1541
4496612       #+WARREN RAILCAR SERVICE,    51 RAILCAR ROAD,    WARREN, PA 16365-7969
4496613         WATCO MECHANICAL SERVICES,    39575 TREASURY CENTER,    CHICAGO, IL 60694-3900
4496614         WATCO MECHANICAL SVC,    39575 TREASURY CENTER,    CHICAGO, IL 60694-3900
4496615        +WELLSBORO & CORNING RAILROAD,    400 Meridian Center Blvd , Suite 330,
                 Rochester , NY 14618-3991
4496616        +WESTERN NY & PENNSYLVANIA RR,    P.O. BOX 190-B,    LAKEVILLE, NY 14480-0906
4496617        +WHEELING & LAKE ERIE RAILWAY,    P.O. BOX 72204,    CLEVELAND, OH 44192-0002
4496618         WISCONSIN & SOUTHERN RR,    39575 TREASURY CENTER,    CHICAGO, IL 60694-3900
4521506        +Wheeling and Lake Erie Railway Company,    c/o Peter S. Russ, Esquire,
                 Buchanan Ingersoll & Rooney PC,    One Oxford Centre, 20th fl.,    Pittsburgh, PA 15219-1400
4496619        +YOUNGSTOWN & AUSTINTOWN RAILROAD,    200 MERIDIAN CENTRE SUITE 300,    ROCHESTER, NY 14618-3972
4496620        +YOUNGSTOWN BELT RAILROAD,    200 MERIDIAN CENTRE SUITE 300,    ROCHESTER, NY 14618-3972
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 18:55:56      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA   19101-7346
4506752        +E-mail/Text: kristi.green@bnsf.com Mar 27 2018 18:56:06      BNSF RAILWAY CO,
                 3001 LOU MENK DR BLDG A,    FORT WORTH, TX 76131-2800
4496521        +E-mail/Text: twalters@gwrr.com Mar 27 2018 18:56:13      BUFFALO & PITTSBURGH RAILROAD,
                 400 MERIDIAN CENTRE BLVD,    SUITE 300,    ROCHESTER, NY 14618-3991
4507392        +E-mail/Text: twalters@gwrr.com Mar 27 2018 18:56:13      Buffalo & Pittsburgh Railroad,
                 400 Meridian Centre Blvd Ste 330,    Rochester, NY 14618-3991
4496532         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 27 2018 18:56:15
                 COMCAST CABLE,    PO BOX 3006,    SOUTHEASTERN, PA 19398-3006
4496533         E-mail/Text: bankruptcy@water.com Mar 27 2018 18:56:00      CRYSTAL SPRINGS,    PO BOX 660579,
                 DALLAS, TX 75266-0579
4496584         E-mail/Text: ebn@exchange.nscorp.com Mar 27 2018 18:56:13      NORFOLK SOUTHERN CORPORATION,
                 P.O. BOX 532797,    ATLANTA, GA 30353-2797
4550101         E-mail/Text: ebn@exchange.nscorp.com Mar 27 2018 18:56:13      Norfolk Southern Railway Company,
                 Attn: Kevin Andris, Esq.,    Norfolk Southern Railway Company,    Three Commerce Place,
                 Norfolk, VA 23510-9241
4496592        +E-mail/Text: klightner@rklcpa.com Mar 27 2018 18:55:58      REINSEL KUNTZ LESHER, LLP,
                 PO BOX 7008,    1330 BROADCASTING ROAD,    WYOMISSING, PA 19610-3220
4549546        +E-mail/Text: rachell_fox@andersonsinc.com Mar 27 2018 18:56:26      The Andersons Inc,
                 Attn Ross S Barr Esq,    480 W Dussel Drive,    Maumee, OH 43537-1639
4496509        +E-mail/Text: kcm@yatb.com Mar 27 2018 18:55:51      YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
                 PO BOX 15627,    YORK, PA 17405-0156
                                                                                               TOTAL: 11
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
consult         Al DeGrecorio
cr              Union Pacific Railroad Company
4497167         REMOVED PER DOCKET ENTRY 495
cr*            +First National Bank, successor to The Legacy Bank,    409 North Second Street,   Ste. 201,
                 Harrisburg, PA 17101-1357
cr*            +Wheeling and Lake Erie Railway Company,    c/o Peter S. Russ, Esquire,
                 Buchanan Ingersoll & Rooney PC,    One Oxford Centre, 20th fl.,    Pittsburgh, PA 15219-1400
4496512*        AMERICAN EXPRESS,    P.O. BOX 1270,    NEWARK, NJ 07101-1270
4550674*       +Finger Lakes Railway,    c/o Eric Hocky,    Clark Hill PLC,    2005 Market Street,
                 Philadelphia, PA 19103-7031
4497736*       +First National Bank, successor to The Legacy Bank,    409 North Second Street,   Ste. 201,
                 Harrisburg, PA 17101-1357
4496508*       +INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,    P.O. BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4496582*       +NIMISHILLEN & TUSCARAWAS,    2633 8TH STREET, NE,    CANTON, OH 44704-2311
```

```
District/off: 0314-1           User: karendavi          Page 4 of 5            Date Rcvd: Mar 27, 2018
                               Form ID: pdf010         Total Noticed: 151

              ***** BYPASSED RECIPIENTS (continued) *****
4496609*       +UNION PACIFIC RAILROAD,    TTX COMPANY/AGENT UP,    LOCKBOX 22984 22984 NETWORK PLACE,
                 CHICAGO, IL 60673-1229
4496537       ##+D&D RAILCAR, INC.,    1058 PENNSYLVANIA AVENUE,    HARRISBURG, PA 17111-3021
4496563       ##+IN-HOME COMPUTER SERVICES,    29 S UNION ST,    MIDDLETOWN, PA 17057-1412
4496504       ##+SCHUYLKILL RAIL CAR, INC.,    1058 PENNSYLVANIA AVENUE,    HARRISBURG, PA 17111-3021
                                                                                 TOTALS: 3, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Adam Gordon Klein    on behalf of Debtor 1    Schuylkill Rail Car, Inc. aklein@sasllp.com
              Adam Gordon Klein    on behalf of Cred. Comm. Chair c/o Jeffrey W. Embly    Unsecured Creditors'
               Committee aklein@sasllp.com
              Adam Gordon Klein    on behalf of Plaintiff Robert L. Knupp aklein@sasllp.com
              Deborah A. Hughes    on behalf of Debtor 1 David R. Gamble dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Deborah A. Hughes    on behalf of Debtor 2 Jennifer M. Gamble dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Edward C. Toole, Jr.    on behalf of Interested Party    BNSF Railway Company toolee@pepperlaw.com
              Eric L Brossman    on behalf of Other Professional Neil   Gilmour ebrossman@saul.com,
               bdavis@saul.com
              Eric L Brossman    on behalf of Defendant Neil   Gilmour ebrossman@saul.com, bdavis@saul.com
              Eric L Brossman    on behalf of Interested Party    Gilmour Consulting LLC ebrossman@saul.com,
               bdavis@saul.com
              Iles  Cooper    on behalf of Interested Party    Riverview Bank icooper@wfjlaw.net,
               gdeitch@wfjlaw.net;scooper@wfjlaw.net;r46060@notify.bestcase.com
              Jeffrey D Cohen    on behalf of Creditor    Norfolk Southern Railway Company jcohen@freightlaw.net,
               drobinson@freightlaw.net;cmerrick@freightlaw.net;klavelle@freightlaw.net;nhubner@freightlaw.net;t
               frey@freightlaw.net;mhaskins@freightlaw.net
              John Brian Joyce    on behalf of Defendant    First National Bank of Pennsylvania
               jjoyce@grenenbirsic.com,   alentz@grenenbirsic.com
              John Brian Joyce    on behalf of Defendant    First National Bank jjoyce@grenenbirsic.com,
               alentz@grenenbirsic.com
              John Brian Joyce    on behalf of Creditor    First National Bank, successor to The Legacy Bank
               jjoyce@grenenbirsic.com,   alentz@grenenbirsic.com
              John Brian Joyce    on behalf of Creditor    First National Bank of Pennsylvania
               jjoyce@grenenbirsic.com,   alentz@grenenbirsic.com
              Lawrence V. Young    on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1    Schuylkill Rail Car, Inc. lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              Markian R Slobodian    on behalf of Interested Party    Schuylkill Rail Car, L.P. law.ms@usa.net
              Markian R Slobodian    on behalf of Debtor 1    Schuylkill Rail Car, Inc. law.ms@usa.net
```

```
District/off: 0314-1              User: karendavi               Page 5 of 5                  Date Rcvd: Mar 27, 2018
                                  Form ID: pdf010               Total Noticed: 151
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mitchell Barry Hausman    on behalf of Asst. U.S. Trustee    United States Trustee
           Mitchell.B.Hausman@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          Peter S Russ    on behalf of Creditor    Progress Rail Services peter.russ@bipc.com,
           donna.curcio@bipc.com
          Peter S Russ    on behalf of Creditor    Wheeling and Lake Erie Railway Company peter.russ@bipc.com,
           donna.curcio@bipc.com
          Richard J Parks    on behalf of Creditor    West Railcar and Fabrication LLC rjp@pietragallo.com,
           kas2@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
          Robert L Knupp    on behalf of Debtor 1    Schuylkill Rail Car, Inc. rknupp@sasllp.com,
           gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
          Robert L Knupp    on behalf of Cred. Comm. Chair c/o Jeffrey W. Embly    Unsecured Creditors'
           Committee rknupp@sasllp.com,
           gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
          Robert L Knupp    on behalf of Plaintiff Robert L. Knupp rknupp@sasllp.com,
           gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
          Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Timothy L. Frey    on behalf of Creditor    Norfolk Southern Railway Company tfrey@freightlaw.net,
           drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net;nhubner@freightlaw.net
          Timothy L. Frey    on behalf of Plaintiff    Norfolk Southern Railway Company tfrey@freightlaw.net,
           drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net;nhubner@freightlaw.net
          Timothy L. Frey    on behalf of Creditor    CSX Transportation, Inc. tfrey@freightlaw.net,
           drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net;nhubner@freightlaw.net
          Timothy L. Frey    on behalf of Plaintiff    CSX Transportation, Inc. tfrey@freightlaw.net,
           drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net;nhubner@freightlaw.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                               TOTAL: 32

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SCHUYLKILL RAIL CAR, INC., | ) | Case No.: 1:14-bk-02477-RNO |
| | ) | |
| Debtor in Possession. | ) | |
| _____ | ) | |
| | ) | |
| GILMOUR CONSULTING LLC, PLAN ADMINISTRATOR, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL DECREE CLOSING THE CHAPTER 11 CASE**

Upon consideration of Plan Administrator, Gilmour Consulting, LLC's, Motion for Final Decree Closing the Chapter 11 Case ("Motion"), for the entry of a final decree, as more fully set forth in the Motion, and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, their creditors, and other parties in interest; and this Court having

Case 1:14-bk-02477-RNO    Doc 565    Filed 03/29/18    Entered 03/30/18 00:49:35    Desc
Imaged Certificate of Notice    Page 6 of 11

found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The instant Chapter 11 case of the Debtor is hereby closed; provided that this Court shall retain jurisdiction over the Adversary Actions and the claims of certain "Objecting Claimants", as defined in the Motion, and as set forth in Article XIII of the Plan.

3. The Plan Administrator and Distribution Agent shall be deemed released from their duties under the Plan upon the distribution of all funds in their possession and upon making arrangements with an accountant/tax preparer for the filing of tax returns

4. The Distribution Agent is authorized to make distributions after the closing of the Chapter 11 case in accordance with the distributions authorized by the Plan and/or as authorized by the Court.

5. The few assets that remain are primarily certain railcars as more fully identified in Exhibit "A" attached to the Motion for Final Decree and to this Order. The Plan Administrator shall abandon these few remaining assets since there is no economic value to creditors in general and they are encumbered by the liens of FNB and may also be subject to claims of third parties for storage, repairs or have other such liabilities.

6. The Plan Administrator and Distribution Agent are authorized and directed to wind-down the business of the Debtor and to execute their remaining obligations in the same manner as they were required to do prior to entry of this Final Decree.

7. Entry of this Final Decree is without prejudice to the rights of the Movant, Debtor or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code.

8. The Movant shall, on or before 14 days after entry of this Final Decree: (a) pay all remaining fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) serve copies of all post-confirmation reports on the U.S. Trustee. Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen this chapter 11 case to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation reports.

9. The Plan Administrator, Distribution Agent, and all Professional Persons retained by them are exculpated for liability for any Claim (as defined in the Plan) or liability asserted against the Estate, the Plan Administrator, Distribution Agent, or any of the retained Professional Persons arising in connection with or related to services performed for the Estate, except for fraud or willful misconduct.

10. The Plan Administrator, Distribution Agent, and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

11. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to (a) the Pending Adversary Actions and the Sale Objections; (b) any matters delineated in Article 13 of the Plan, and (c) the implementation, interpretation, and/or enforcement of this Final Decree.

Dated: March 27, 2018

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Exhibit A
Abandoned Railcars

**Schuylkill and D&D**
**Abandoned Railcars**
**As of 2/16/2018**

| Description | Total Cars | Owned by Schuylkill | Owned by D&D |
|---|---|---|---|
| **Railcars Reported to be at Repair Shops/RR but Unrecoverable** | | | |
| Columbia RR | 9 | | 9 |
| Cleburne, TX shop | 1 | 1 | |
| Hill shop | 1 | | 1 |
| West shop | 2 | | 2 |
| Buffalo Pittsburgh | 3 | 3 | |
| **Unsalable Even for Scrap** | | | |
| Del Monte insulated cars | 2 | 2 | |
| YARR 5056 Box car not movable | 1 | | 1 |
| Mittal gondola out of date | 1 | 1 | |
| **Destroyed - No Further Recovery** | | | |
| LBR 12017 | 1 | 1 | |
| YARR 216 | 1 | 1 | |
| YARR 220 | 1 | 1 | |
| LBR 50555 | 1 | 1 | |
| **Other Unsold Cars** | | | |
| LBR 2000 | 1 | 1 | |
| LBR 221 | 1 | 1 | |
| LBR 7059 | 1 | | 1 |
| Cater Parrot | 2 | 2 | |
| **Totals** | 29 | 15 | 14 |